UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **TACONYA NIXON, et al.** ) | |
| ) | |
| v. ) | Civil Action No. 3:11-0337 |
| ) | Judge Haynes |
| **AMMED DIRECT, INC.** ) | |

### O R D E R

This action has been reassigned to the Honorable William J. Haynes, Jr., upon the recusal of the Honorable John T. Nixon (Docket Entry No. 4). Accordingly, the Initial Case Management Conference scheduled before the undersigned on Thursday, June 2, 2011, at 10:30 a.m. is hereby cancelled, and will be rescheduled by Judge Haynes. Absent further orders, there will be no further proceedings before the undersigned.

Counsel for the Plaintiff shall serve a copy of this Order on any Defendants who have not yet entered an appearance.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge